UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH M. REAGEN, | |
| Plaintiff, | CIVIL ACTION NO. 3:23-cv-00217 |
| v. | (SAPORITO, C.M.J.) |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

# ORDER

AND NOW, this 31st day of March, 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Commissioner's administrative decision denying the plaintiff's application for disability insurance benefits is **AFFIRMED**;

2. The Clerk is directed to enter **JUDGMENT** in favor of the Commissioner and against the plaintiff; and

3. The Clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
Chief United States Magistrate Judge